## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VANESSA MOORE,                    )
                                 )
            Plaintiff,           )
                                 )
    v.                           )  Civil Case No.  09-54 (RJL)
                                 )
DISTRICT OF COLUMBIA,            )
                                 )
            Defendant.           )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 26th day of February, 2010, hereby

**ORDERED** that the defendant's Motion To Dismiss [#17] is **GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge